JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZURI A.,[1] <br><br> Plaintiff, <br><br> v. <br><br> FRANK BISIGNANO,[2] <br> Commissioner of Social Security, <br><br> Defendant. | Case No. 2:25-cv-862-HDV-RAO <br><br> **JUDGMENT** |

Pursuant to the Court's Order Summarily Dismissing First Amended Complaint,

IT IS ORDERED AND ADJUDGED that this action is **DISMISSED** without prejudice.

DATED: 8/6/25

HERNÁN D. VERA
UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff's name is partially redacted in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.

[2] Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Frank Bisignano is hereby substituted as defendant.